UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEKSANDR A. ZAGARODNYY,

        Petitioner,        Case No. 1:14-cv-722

v.        Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   July 21, 2014        /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 Chief United States District Judge